UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Gabapentin Patent Litigation<br><br>This Document Relates To:<br><br>Civil Action No. 00-CV-2931<br>Civil Action No. 00-CV-3522 | MDL Docket No. 1384<br>Master Docket No. 00-CV-2931 (FSH) (PS)<br><br>Civil Action Nos. 00-CV-2931; 00-CV-3522; 00-CV-4168; 00-CV-4589; 00-CV-6073; 01-CV-0193; 01-CV-1537; 01-CV-2194<br><br>*DOCUMENT ELECTRONICALLY FILED* |

## [PROPOSED] ORDER SEALING EXHIBIT 17 TO THE SUPPLEMENTAL DECLARATION OF STEVEN M. AMUNDSON

Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
Katherine A. Escanlar (kae@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
T: (973) 622-3333
F: (973) 622-3349

Michael L. Keeley (mlk@avhlaw.com)
**AXINN, VELTROP & HARKRIDER LLP**
114 West 47th Street
New York, New York 10036
T: (212) 728-2200
F: (212) 728-2201

Edgar H. Haug (ehaug@flhlaw.com)
Steven M. Amundson (samundson@flhlaw.com)
Michael F. Brockmeyer (mbrockmeyer@flhlaw.com)
David A. Zwally (dzwally@flhlaw.com)
Sam V. Desai (sdesai@flhlaw.com)
**FROMMER LAWRENCE & HAUG LLP**
745 Fifth Avenue
New York, New York 10151
T: (212) 588-0800
F: (212) 588-0500

*Attorneys for Defendants*
*Purepac Pharmaceutical Co.,*
*Faulding Inc., and Actavis Elizabeth LLC*

## ORDER

**THIS MATTER** having been brought before the Court, pursuant to Local Civil Rule 5.3(c), by Defendants Purepac Pharmaceutical Co., Faulding Inc., and Actavis Elizabeth LLC, to seal exhibit 17 to the supplemental declaration of Steven M. Amundson dated August 11, 2008, and the Court having considered all the facts and circumstances, and for the reasons set forth in the opinion delivered on the record on August 18, 2008, and for good cause shown,

IT IS on this 18th day of August, 2008;

**ORDERED** that Defendants' Motion pursuant to Local Civil Rule 5.3(c) to seal exhibit 17 to the supplemental declaration of Steven M. Amundson is [Docket No. 453] **GRANTED.**

It is further ordered that nothing herein constitutes a ruling that the document would be sealed if offered at trial or in connection with other requests for nondiscovery relief.

_Patty Shwartz_
**HONORABLE PATTY SHWARTZ**
**UNITED STATES MAGISTRATE JUDGE**