John J. Francis, Jr.
Michael C. Zogby
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932
(973) 360-1100
*Attorneys for Plaintiffs*
*Pfizer Inc., Warner-Lambert Company LLC,*
*Gödecke GmbH, and Pfizer Pharmaceuticals LLC*

Of Counsel:
Jack B. Blumenfeld
Karen Jacobs Louden
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **In re Gabapentin Patent Litigation** | MDL Docket No. 1384<br>Master Docket No.<br>00-CV-2931 (FSH) (PS)<br><br>Civil Action Nos.<br>00-CV-2931<br>00-CV-3522<br>00-CV-4168 |
| **This Document Relates to:**<br>**All First Wave Actions** | 00-CV-4589<br>00-CV-6073<br>01-CV-0193<br>01-CV-1537<br>01-CV-2194 |

**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for defendants Purepac Pharmaceutical Co., Faulding Inc. and Actavis Elizabeth LLC ("Purepac"), Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc.

("Teva"), Zenith Laboratories, Inc. (now known as IVAX Pharmaceuticals NV, Inc.), Zenith Goldline Pharmaceuticals, Inc. (now Known as IVAX Pharmaceuticals, Inc.) and IVAX Corporation ("IVAX"), Eon Labs Manufacturing, Inc. (now known as Eon Labs, Inc.) and Sandoz, Inc. ("Eon") (collectively "Defendants"), and plaintiffs, Pfizer Inc., Warner-Lambert LLC, Gödecke GmbH and Pfizer Pharmaceuticals LLC (collectively "Plaintiffs"), subject to the approval of the Court, that the following deadlines set forth in Court's February 27, 2008 Scheduling Order shall be extended as follows:

(1) the deadline for serving document demands shall be extended from September 10, 2008 to November 10, 2008; and

(1) the deadline for raising unresolved discovery disputes shall be extended from October 31, 2008 to January 16, 2009.

All other deadlines shall remain unchanged.

Dated: September 5, 2008

_____
HONORABLE PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE

2

FH01/ 3206777.1

We hereby consent to the form and entry of the within Order:

_____
Arnold B. Calmann
SAIBER, SCHLESINGER, SATZ &
GOLDSTEIN, LLC
One Gateway Center, 13th Floor
Newark, NJ 07102

*Attorneys for Purepac Pharmaceutical Co.,
Faulding Inc. and Actavis Elizabeth LLC*

_____
Allyn Z. Lite /Michael E. Patunas
LITE, DEPALMA GREENBERG & RIVAS,
LLP
Two Gateway Center, 12th Floor
Newark, NJ 07102

*Attorneys for Teva Pharmaceutical Industries,
Ltd., Teva Pharmaceuticals USA, Inc., IVAX
Pharmaceuticals NV, Inc., IVAX
Pharmaceuticals, Inc. and IVAX Corporation*

_____
John J. Francis, Jr.
Michael C. Zogby
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, NJ 07932

*Attorneys for Pfizer Inc., Warner-Lambert
Company LLC, Gödecke GmbH and Pfizer
Pharmaceuticals LLC*

_____
Donald Horowitz
LAW OFFICES OF DONALD HOROWITZ
24 Bergen Street
Hackensack, NJ 07601

*Attorneys for Eon Labs, Inc. and Sandoz, Inc*

3