UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In Re:

GABAPENTIN PATENT LITIGATION

MDL Docket No. 1384
Master Civil Action No. 00-2931(FSH)

In Re:

NEURONTIN ANTITRUST LITIGATION

MDL Docket No. 1479
Master Civil Action No. 02-1390(FSH)

ORDER ON INFORMAL APPLICATION

This matter having come before the Court by way of letter dated October 2, 2008;

and the letter failing to comply with the joint letter requirement set forth in the Order dated February 27, 2008 at 3 n. 4;

IT IS THEREFORE ON THIS 2nd day of October, 2008

ORDERED that the request for relief set forth in the letter dated October 2, 2008 is denied without prejudice to the request being presented in the format set forth in the Order dated February 27, 2008 at 3, n. 4.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE