Eric I. Abraham
HILL WALLACK LLP
202 Carnegie Center, CN 5226
Princeton, NJ 08543
Telephone: (609) 924-0808
Facsimile: (609) 452-1888

Richard J. Basile
Stephen P. McNamara
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Telephone: (203) 324-6155

*Attorneys for Eon Labs, Inc., n/k/a Sandoz, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>GABAPENTIN PATENT LITIGATION | MDL Docket No. 1384<br>Master Civil Action No. 00-2931 (FSH) |
| In re:<br><br>NEURONTIN ANTITRUST LITIGATION | MDL Docket No. 1479<br>Master Civil Action No. 02-1390 (FSH) |
| This Document Relates to:<br>EON LABS MANUFACTURING, INC.<br>(now known As Eon Labs, Inc.)<br>and SANDOZ, INC. | C.A. No. 01-CV-2194 (FSH) |

## [PROPOSED] ORDER GRANTING DEFENDANT EON LABS MANUFACTURING, INC./SANDOZ INC. LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

THIS MATTER having been brought before the Court by application of Defendant Eon

Labs Manufacturing, Inc. and Sandoz, Inc., for an Order granting them leave to file a First

Amended Answer, Affirmative Defenses and Counterclaims in this proceeding; and the Court

*the governing law and*

having considered all papers submitted herewith, including the accompanying Memorandum of

*and the proceeding*

*will not prejudice*

Law; and it appearing that Plaintiffs will not be prejudiced by the Court granting this application;

*and the Chambers of the Undersigned being telephonically advised on*

*December 16, 2009 that there*

*is no opposition*

and for good cause shown,

*to the motion*

IT IS on this ___16th___ day of ___December___, 2009, hereby ORDERED that:

*The motion of*

*for*

Eon Labs Manufacturing, Inc./Sandoz, Inc have leave to amend their Answer,

*[Civ No 00-2931 Docket No 730 and Civ No 01-2194, Docket No 64] is*

*granted*

Affirmative Defenses and Counterclaims; and Eon Labs, Inc. And Sandoz, Inc.'s First Amended

Answer, Affirmative Defenses, And Counterclaims To Plaintiffs' First Amended And

*shall be filed no later than*

Supamental Complaint For Patent Infringement ~~is entered in this action.~~

*December 23, 2009*

_____

HONORABLE PATTY SHWARTZ
UNITED STATES MAGISTRATE JUDGE