**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In Re Gabapentin Patent Litigation** ) | |
| ) | |
| **This Document Relates to:** ) | |
| ) | **MDL No. 1384** |
| **Teva Pharmaceuticals USA, Inc. and** ) | **Master Docket No.** |
| **Teva Pharmaceutical Industries, Ltd.** ) | **00-CV-2931 (FSH)** |
| **C.A. No. 00-CV-4168 (FSH)** ) | |
| **C.A. No. 00-CV-4589 (FSH)** ) | |
| ) | |
| **IVAX Pharmaceuticals NV, Inc., IVAX** ) | |
| **Pharmaceuticals, Inc. and IVAX Corp.** ) | |
| **C.A. No. 00-CV-6073 (FSH)** ) | |
| **C.A. No. 01-CV-0193 (FSH)** ) | |
| **C.A. No. 01-CV-1537 (FSH)** ) | |

**DECLARATION OF HAL S. SIDER**

1.      I, Hal S. Sider, am a Senior Vice President at Compass Lexecon.  My association

with Compass Lexecon began in 1985, when I joined the firm (then Lexecon Inc.) as an Economist,

a position I held until 1990.  From 1990 to 1999, I was a Vice President at Lexecon Inc., and

became a Senior Vice President in 1999.  I received my B.A. from the University of Illinois, and my

M.A. and Ph.D. in Economics from the University of Wisconsin.  A copy of my curriculum vitae is

attached as Exhibit 1.

2.      Defendants Teva Pharmaceuticals and IVAX have asked me to serve as a

consultant in the above-captioned litigation in which Plaintiffs have accused Defendants of

infringing their patent for a formulation of the drug gabapentin (brand-name Neurontin™).

3.      To the best of my recollection, I have not been exposed to confidential information

belonging to Pfizer, Wyeth, American Home Products, Warner-Lambert, Pharmacia, or their

subsidiaries or affiliates (hereinafter "Pfizer and/or its related entities").  A review of our billing

records confirms that I did not work on any of the ten matters that the Plaintiffs have identified

where Compass Lexecon performed work for Pfizer and or/its related entities. *See* Declaration of

Dennis W. Carlton, filed March 26, 2010 (identifying the ten matters) [DN 794]. I also have no

recollection of having discussed or been exposed to any Pfizer and/or its related entities'

confidential information that may have been disclosed to others at Compass Lexecon in the course

of their work.

      4.      I understand that pending before the Court is Plaintiffs' motion to disqualify Prof.

Carlton, a Senior Managing Director at Compass Lexecon, from serving as an expert in this matter.

While that motion is pending, or in the event the Court grants Plaintiffs' motion, I will not discuss

my work on this matter with anyone at Compass Lexecon (including Prof. Carlton) who participated

in or was exposed to Pfizer and/or its related entities' confidential information or seek their

approval for the work I perform in this case. If the Court denies Plaintiffs' motion and Prof. Carlton

is allowed to serve as an expert in this case, I will not discuss my work or seek approval for my

work on this matter with anyone at Compass Lexecon exposed to Pfizer and/or its related entities'

confidential information, except for Prof. Carlton; and with respect to Prof. Carlton, I will not

discuss (and, to my knowledge, have not discussed) any confidential information that he may have

learned or been exposed to in connection with his prior work for Pfizer and/or related entities. I

understand the "ethical wall" procedures that govern my work on this matter and any information

that I may become privy to in the course of my work.

      I declare under the penalty of perjury that the foregoing is true and correct. Executed on this

_29_ day of March 2010 in _DeeRFIELD, IL_.

                              By: _Hal Sid_

**EXHIBIT 1**

**HAL SIDER**                                                                                       **February 2010**
Senior Vice President


Business Address:     Compass Lexecon
                      332 S. Michigan Ave.
                      Suite 1300
                      Chicago, IL  60604                                          (312) 322-0229
                      hsider@compasslexecon.com


Home Address:         385 Ramsay Road
                      Deerfield, IL  60015                                         (847) 405-0153


## EDUCATION

Ph.D., UNIVERSITY OF WISCONSIN, Madison, Wisconsin:  Economics, 1980.

M.A., UNIVERSITY OF WISCONSIN, Madison, Wisconsin:  Economics, 1978.

B.A., UNIVERSITY OF ILLINOIS, Urbana, Illinois:  Economics, 1976.


## EMPLOYMENT

COMPASS LEXECON (formerly Lexecon), Chicago, Illinois (October 1985 - present): 1985-90:
        Economist; 1990-1999: Vice President; 1999-current: Senior Vice President.

U.S. COMMISSION ON CIVIL RIGHTS, Washington, D.C., (August 1984 - October 1985):  Co-
        Director:  Project on Minority Income Trends.

OFFICE OF POLICY: U.S. DEPARTMENT OF LABOR, Washington, D.C., (May 1982 - August
        1984):  Economist.

PRESIDENT'S TASK FORCE ON FOOD ASSISTANCE (on leave from U.S. Department of Labor),
        Washington, D.C., (September 1983 - February 1984):  Research Associate.

OFFICE OF RESEARCH AND EVALUATION; BUREAU OF LABOR STATISTICS, Washington,
        D.C., (September 1980 - May 1982):  Economist.

UNIVERSITY OF WISCONSIN, Madison, Wisconsin (1978 - 79):  Teaching Assistant.

UNIVERSITY OF WISCONSIN, Madison, Wisconsin (1976 - 78):  Science Writer.

## FIELDS OF SPECIALIZATION

Applied Microeconomics
Econometrics
Industrial Organization
Telecommunications
Labor Economics

## ARTICLES

"Regulation, Antitrust and *Trinko*," in The Antitrust Revolution: Economics, Competition and Policy, J. Kwoka and L.White, eds. (2009) with Dennis W. Carlton

"The Telecom Boom and Bust," Milken Institute Review, October 2007 (with Allan Shampine).

"Have Mergers of Large Local Exchange Carriers Led to Discrimination Against Rivals?  An Empirical Investigation" July 2002 in Econometrics: Legal, Practical and Technical Issues, American Bar Association Section on Antitrust Law (2005) (with Dennis Carlton and Tom Stemwedel).

"Recent Developments in U.S. Antitrust Enforcement," The United States Antitrust Review, October 1999 (with Gustavo Bamberger).

"Market Power and Vertical Restraints in Retailing:  An Analysis of FTC v. Toys 'R' Us," in The Role of the Academic Economist in Litigation Support, edited by Daniel Slottje (1999), with Dennis Carlton.

"The Competitive Effects of Line-of-Business Restrictions in Telecommunications,"  Managerial and Decision Economics (1995), with Kenneth Arrow and Dennis Carlton.  (Reprinted in R. Higgins and P. Rubin, eds., Deregulating Telecommunications:  The Baby Bells' Case for Deregulation, Wiley Series in Managerial Economics, 1995.)

"Applications of Economic Theory and Econometric Methods to Merger Review in the United States," (paper presented to European Commission Merger Task Force, 1992), with A. Rosenfield and W. Bishop.

"Unemployment Incidence and Duration:  1968-1982," American Economic Review (June 1985).

"The Pay Gap and Occupational Segregation:  Implications for Comparable Worth," Proceedings of the Industrial Relations Research Association (1985), with June O'Neill.

"Work-Related Accidents and the Production Process," Journal of Human Resources (Winter 1985).
"Labor Force Participation and the Relative Earnings of Black and White Males:  1940-80," with Andy Sparks, (paper presented at the World Congress of the Econometric Society, 1985).

"Comment on McIntyre:  Estimating Long-Term Labor Market Flows from CPS Data,"  Proceedings: Conference on Applications of Gross Flow Data, U.S. Bureau of the Census (1985).

"The Changing Makeup of the Military and the Effect on Labor Force Data," <u>Monthly Labor Review</u>
(July 1984), with Cheryl Cole.

"Accuracy of Response in Labor Market Surveys:  Evidence and Implications," <u>Journal of Labor
Economics</u> (October 1983), with Wesley Mellow.

"Safety and Productivity in Underground Coal Mining," <u>Review of Economics and Statistics</u> (May
1983).

"Economic Incentives and Safety Regulation,"  <u>American Economist</u> (Summer 1983).

"Consumers and Product Safety:  Market Processes and Imperfections," <u>Policy Studies Journal</u>
(February 1983), with Eugene Smolensky.


## REPORTS


The Economic Progress of Black Men in America, U.S. Commission on Civil Rights (1986).

Economic Status of Americans of Eastern and Southern European Ancestry, U.S. Commission on Civil
Rights (1986).

Report of the President's Task Force on Food Assistance, Curran Press, Alexandria, Virginia (1984).


## MISCELLANEOUS


University-Industry Dissertation Fellowship, University of Wisconsin, 1979-80.

<u>Referee for</u>:

| | |
|---|---|
| Journal of Human Resources | National Science Foundation |
| Journal of Industrial Economics | Policy Studies Journal |
| Journal of Labor Economics | Review of Economics and Statistics |
| Journal of Law and Economics | Social Science Research Council |
| Journal of Legal Studies | U.S. Department of Health and Human Services |
| National Commission on Employment Policy | Antitrust Law Journal |

**TESTIMONIAL EXPERIENCE**

In the Matter of Special Access Rates for Price Cap Local Exchange Carriers, Federal
 Communications Commission, WC Docket No. 05-25. Declaration (January 19, 2010),
 (with Dennis Carlton), Reply Declaration (February 24, 2010), (with Dennis Carlton and
 Allan Shampine), on behalf of AT&T Inc.

In the Matter of Verizon Wireless and ALLTEL Holdings LLC, Federal Communications
 Commission, WT Docket 08-95. Declaration (June 13, 2008), Reply Declaration (August
 19, 2008), on behalf of Verizon Wireless, (with Dennis Carlton and Allan Shampine).

Alaska Interstate Construction, L.L.C., et al. v. Pacific Diversified Investments Inc., et al., Superior
 Court of the State of Alaska, Third Judicial District at Anchorage, Case No. 3AN-05-7921 CI.
 Expert Report (October 9, 2006), on behalf of Alaska Interstate Construction, L.L.C., et al.

In the Matter of AT&T Corporation and BellSouth Corporation., Application for Approval of Transfer
 of Control, Federal Communications Commission, WC Docket 06-74. Declaration, (March 29,
 2006), Reply Declaration (June 19, 2006), Declaration (August 21, 2006) on behalf of AT&T
 and BellSouth, (with Dennis Carlton).

In the Matter of Arbitration of Nextel Partners, Inc. and Nextel Partners Operating Corp., against Nextel
 Communications, Inc. and Nextel WIP Corporation, International Institute for Conflict
 Prevention and Resolution, CPR No. G-05-33H.  Declaration, (August 8, 2005), Supplemental
 Declaration (August 22, 2005), on behalf of Nextel Partners, Inc. and Nextel Partners Operating
 Corp.

Joint Application of SBC Communications Inc., AT&T Corporation, and its Certified Pennsylvania
 Subsidiaries, AT&T Communications of Pennsylvania, LLC, TCG Pittsburgh, and TCG
 Delaware Valley, Inc., for Approval of Merger, Pennsylvania Public Utility Commission
 Docket No. A-311163F0006, A-310213F0008, A-310258F0005.  Direct Testimony (May 11,
 2005), Rebuttal Testimony (July 15, 2005), Rejoinder Testimony (July 18, 2005), on behalf of
 SBC and AT&T, (with Dennis Carlton).

In the Matter of Proposed Merger of SBC Communications and AT&T Corp., New Jersey Board of
 Public Utilities.  Direct Testimony (May 4, 2005), Rebuttal Testimony (June 5, 2005), on behalf
 of SBC and AT&T, (with Dennis Carlton).

In the Matter of SBC Communications Inc. and AT&T Corp., Application for Approval of Transfer of
 Control, Federal Communications Commission, WC Docket No. 05-65. Declaration (February
 21, 2005), Reply Declaration (May 10, 2005), Ex Parte Presentations (June 28, 2005, July 6-7,
 2005, and July 18, 2005), on behalf of SBC and AT&T, (with Dennis Carlton).

In the Matter of AT&T Corp. v. BellSouth Telecommunications, Inc., Federal Communications
 Commission, File No. EB-04-MD-010.  Declaration (July 20, 2004), on behalf of BellSouth
 Telecommunications, Inc., (with Dennis Carlton).

FoodComm International v. Patrick James Barry et al., United States District Court for the Northern
District of Illinois.  Expert Report (December 2003), Deposition (January 28, 2004),
Supplemental Expert Report (January 2007), on behalf of FoodComm International, (with
David Gross).

In the Matter of Section 272(f)(1) Sunset of the BOC Separate Affiliate and Related
Requirements, Federal Communications Commission, WC Docket No. 02-112 and CC
Docket 00-175, 2000 Biennial Regulatory Review of Separate Affiliate Requirements
of Section 64.1903 of the Commission's Rules.  Declaration (June 30, 2003), Reply
Declaration (July 28, 2003), on behalf of Qwest, Verizon and SBC, (with Dennis
Carlton and Allan Shampine).

Report to the Civil Rights Division of the U.S. Department of Justice, Racial Differences in Citations
for Traffic Violations in Cleveland, Ohio, (June 27, 2003) on behalf of the U.S. Department of
Justice, (with David Gross).

Sunrise International Leasing Corporation v. Sun Microsystems, Inc., United States District Court for
the District of Minnesota, No. 01-CV-1057 (JMR/FLN).  Affidavit (January 2003, relating to
discovery issues), Affidavit (March 2003, relating to damage issues, with Dennis Carlton), on
behalf of Sun Microsystems.


Mesler v. Prudential Insurance, et al., Circuit Court of Cook County, Illinois, No. 99 L 37. Expert
Report (November 2002), Deposition Testimony (January 30, 2003 and March 6, 2003), on
behalf of Prudential Insurance, et al.

MHC Financing Limited Partnership v. City of San Rafael, United States District Court for The
Northern District of California.  Expert Report (September 13, 2002), Supplemental Report
(September 30, 2002), on behalf of MHC, (with Daniel R. Fischel).

In the Matter of Inquiry Concerning High-Speed Access to Internet over Cable and Other Facilities,
Federal Communications Commission, Docket GN No. 00-185.  Joint Declaration (May 2002),
on behalf of Verizon, (with K. Arrow, G. Becker, D. Carlton, R. Gertner, D. Fischel, J. Kalt,
and G. Bamberger).

In the Matter of Review of Regulatory Requirements for Incumbent LEC Broadband
Telecommunications Services,  Federal Communications Commission, CC Docket No. 01-337,
FCC 01-360.  Declaration (March 2002), (with Dennis Carlton), (May 2002, and July 2003), on
behalf of Verizon, (with Dennis Carlton and Gustavo Bamberger).

White-Janes v. Chicago Board of Education, U.S. District Court for the Northern District of Illinois,
Eastern Division, CA No. 00C-6128.  Expert Report (March 2002), Supplemental Report (April
2002), Deposition Testimony (May 2002), and Supplemental Report (November 2002), on
behalf of White-Janes.

Dean Foods, Kraft Foods, Ralston Purina Company, Nabisco, Inc. and McKee Foods v. Eastman
Chemical, et al., United States District Court, Northern District of California, San Francisco
Branch.  Declaration (February 2002), Reply Declaration (May 2002), Supplemental
Declaration (June 2002), on behalf of Dean Foods, et al.

Forest Laboratories, Inc. v. G.D. Searle and Co., U.S. District Court for the Northern District of Illinois, Eastern Division, CA No. 98C-5170.  Expert Report (April 2001), on behalf of Forest Laboratories, (with David Gross).

In the Matter of Auction Houses Antitrust Litigation. United States District Court Southern District of New York, Master File No. 00 Civ 0648 (LAK).  Declaration (February 2001), on behalf of Sotheby's Holdings Inc., (with William Landes).

In the Matter of Joint Application of Northpoint Communications and Verizon Communications for Authority to Transfer Control of Blanket Authorization to Provide Domestic Interstate Telecommunications Services as a Non-Dominant Carrier, Federal Communications Commission, CC Docket No. 00-157.  Reply Declaration (October 2000), on behalf of Verizon and Northpoint, (with Dennis Carlton).

Gray et al. v. Monarch Luggage Company, Inc., 99 C 04345.  Expert Report (August 2000), on behalf of Howard Cassandra Gray.

Erickson v. Alpha Therapeutic, et. al., USDC for the Northern District of Illinois Eastern Division - 99C 0426.  Expert Report (July 2000), on behalf of Alpha Therapeutic, et. al.

Vitamin Antitrust Litigation, United States District Court for the District of Columbia, MDL No. 1285. Expert Report (June 2000) (with William M. Landes relating to discovery issues), Expert Report (May 2002) (with William M. Landes and Gustavo Bamberger relating to damages), Reply Expert Report (July 2002) (with William M. Landes and Gustavo Bamberger relating to damages), Declaration (August 2002) (with William M. Landes and Gustavo Bamberger relating to present value calculation), Deposition Testimony (August 7-8, 2002 and August 27, 2002), Declaration (November 2002) (with William Landes and Gustavo Bamberger relating to niacin damage issues), on behalf of opt-out plaintiffs.

Gas City, Ltd. v. Indiana Department of Transportation, Circuit Court of St. Joseph County, Indiana. Affidavit (March 2000), on behalf of Gas City.

In the Matter of Joint Application of MCI WorldCom and Sprint for Consent to Transfer Control, Federal Communications Commission, CC Docket No. 99-333.  Declaration (February 2000), Ex Parte Declaration (May 2000), on behalf of SBC, (with Dennis Carlton).

In the Matter of Merger of Qwest Communications International Inc. and U S WEST, Inc., Federal Communications Commission, CC Docket No. 99-272.  Declaration (October 18, 1999), Ex Parte Comments (February 2000), on behalf of Qwest and U S WEST, (with Dennis Carlton).

In the Matter of the Merger of SBC Communications Inc. with Ameritech Corporation. Federal Communications Commission, CC Docket No. 98-141.  Affidavit and Report (July 1998), Reply Affidavit and Reply Report (April 1999) Ex Parte Report (April 1999), on behalf of SBC and Ameritech, (with Dennis Carlton).

Riverside Pipeline Co., v. Panhandle Eastern Pipeline Co., United States District Court for the Western District of Missouri, Case No. 97-0642-CV-W-4.  Expert Report (September 1998) on behalf of Panhandle Eastern Pipeline Co., (with Dennis Carlton).

Lemon, Myer, Duncan et al. v. International Union of Operating Engineers, et al., United States District
     Court for the Eastern District of Wisconsin, Case No. 97-C-0857. Affidavit (September 1998),
     Affidavit (December 1999), Deposition (February 2000), Supplemental Report (March 2000),
     on behalf of International Union of Operating Engineers.

In the Matter of Application of WorldCom, Inc., Corp., for Approval to Transfer Control of MCI
     Communication to WorldCom, Inc., Department of Public Service of the State of West
     Virginia.  Testimony (June 17, 1998), Oral Testimony (July 2, 1998), on behalf of WorldCom.

In the Matter of the Application of WorldCom, Inc. and MCI Communications Corporation for
     Approval to Transfer Control of MCI Communications Corporation to WorldCom, Inc.,
     Department of Public Service Regulation, Public Service Commission of the State of Montana,
     Docket No. D97.10.191. Testimony (May 12, 1998), on behalf of WorldCom.

Application of WorldCom, Inc. for Approval to Transfer Control of MCI Communications Corporation
     to WorldCom, Inc., Public Utilities Commission of the State of Colorado, in re Docket No.
     97A-494T.  Testimony (March 26, 1998), Cross-Examination (April 2, 1998), on behalf of
     WorldCom.

Petition of WorldCom, Inc. for Approval to Transfer Control of MCI Communications Corporation to
     WorldCom, Inc., Florida Public Service Commission, Docket No. 971375-TP.  Affidavit
     (February 27, 1998), on behalf of WorldCom, (with Dennis Carlton).

In the Matter of Application of WorldCom, Inc. for Approval to Transfer Control of MCI
     Communications Corporation to WorldCom, Inc., New York State Public Service Commission,
     Case 97-C-1804.  Affidavit (February 16, 1998), on behalf of WorldCom, (with Dennis
     Carlton).

In the Matter of Applications of WorldCom, Inc. and MCI Communications Corporation for Transfer of
     Control of MCI Communications to WorldCom, Inc., Federal Communication Commission, CC
     Docket No. 97-211.  Declaration (January 25, 1998), Second Declaration (March 19, 1998), on
     behalf of WorldCom and MCI, (with Dennis Carlton).

Shuller v. United States, U.S. District Court for the Eastern District of Pennsylvania, Civil Action No.
     97-3820.  Expert Report (February 1998), on behalf of U.S. Department of Justice.

Smith v. Amtrak, Circuit Court of Cook County, IL, Case 92 L 10525.  Deposition (November 1997),
     Trial Testimony (January 1998), on behalf of Smith.

Johnson and Lehl v. City Colleges of Chicago, U.S. District Court for the Northern District of Illinois
     Eastern Division Case No. 96 C 0862.  Expert Report (July 1997), Deposition Testimony
     (October 1997), on behalf of City Colleges of Chicago.

Gelumbauskas v. Precision Gear, U.S. District Court, Northern District of Illinois Eastern Division,
     Case No. 96 C 0862.  Expert Report (April 1997), on behalf of Gelumbauskas.

Galvan v. U.S. Industries, Deposition Testimony (January 1997), Expert Report (December 27, 1996),
     on behalf of U.S. Industries.

Sprint Communications Company L.P. v. Network 2000 Communications Corporation, Expert Report (July 15, 1996), Deposition Testimony (July and August 1996), Affidavit (November 9, 1996), on behalf of Sprint, (with Dennis Carlton).

Beazer East v. CSX Transportation, Inc., U.S. District Court for the Western District of Pennsylvania, Case No. 93 0861.  Expert Report (May 1996), Deposition Testimony (June 1996), on behalf of CSX.

Report to National Association of Independent Insurers, Response to the National Association of Insurance Commissions Staff: Analyses of the Availability and Affordability of Urban Insurance, (May 1996).

Carbon Dioxide Industry Litigation, U.S. District Court for Central District of Florida MDL940.  Expert Report (October 1994) (with William M. Landes), Supplemental Report (May 1995) (with William M. Landes and Richard Leftwich), Deposition Testimony (July 1995), on behalf of opt-out plaintiffs.

AVR, Inc. v. Cemstone Products Corp., U.S. District Court, District of Minnesota, Third Division, File CIV 3-92-551.  Expert Report (October 1994), Supplemental Affidavits (December 1994 and January 1995), on behalf of Cemstone.

W. Borysiewicz v. M. Gilblair, Circuit Court of Cook County, Illinois.  Deposition Testimony (August 1994), and Trial Testimony (September 1994) on behalf of Borysiewicz.

NAACP et al. v. American Family Mutual Insurance Co., U.S. District Court, Eastern District of Wisconsin, Civil Action No. 90-C-0759.  Deposition Testimony (July 1994 and November 1994), on behalf of American Family.

G. Bowan v. The Sales Force Companies, U.S. District Court for The Western District of Missouri, Case No. 92-0496-CV-W-2.  Affidavit (February 1993), on behalf of Sales Force.

Wisconsin Central Transportation Corporation -- Continuance in Control -- Fox Valley and Western Ltd., Finance Docket 32036, Interstate Commerce Commission.  Expert Report (September 1992), on behalf of Wisconsin Central, (with Andrew M. Rosenfield).

Castaneda v. Baron Wire and Steel Inc., Circuit Court of Cook County, Illinois, Municipal Department, Second District.  Deposition Testimony (February 1992), on behalf of Castaneda.

Morgan v. ServiceMaster, U.S. District Court for the Northern District of Illinois, Case No. 89-C-0581. Report (September 1991), on behalf of ServiceMaster, (with Sherwin Rosen).

Sepich v. Mueller, U.S. District Court for the Central District of Illinois, U.S. District Court, Case No. 88-2353.  Report (March 1991), on behalf of Mueller, (with Sherwin Rosen).

N. Savakis v. Beatrice Company, U.S. District Court for the N.E. District of Illinois Eastern Division, No. 89 C5790.  Expert Report (June 1990), on behalf of Beatrice.

Times Herald Printing Company v. A.H. Belo Corp. and Dallas Morning News Company, District Court of Harris County Texas, 280th Judicial District.  Deposition Testimony (April 1990), on behalf of Dallas Morning News.

Turner v. IDS Financial Services, Inc., U.S. District Court for the District of Minnesota, File No. 88-
    521.  Report (November 1989), on behalf of IDS.

McLendon et al. v. Continental Group et al., U.S. District Court for the District of New Jersey, Civil
    Action No. 83-1340 (SA).  Trial Testimony (February 1989), Testimony before Special Master
    (February 1990), Testimony before Special Master  (August 1990), on behalf of Continental
    Group, (with Sherwin Rosen).

Application of Illini Carrier L.P. to provide natural gas transportation services, Testimony (April 1988),
    on behalf of Illini Carrier.