UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                              DATE: May 31, 2011

JUDGE:  HON.  FAITH S. HOCHBERG

COURT REPORTER:  JOHN STONE

DEPUTY CLERK: JULIANNE BURO

Title of Case:  IN RE:  GABAPENTIN PATENT LITIGATION, MDL 1384

Civ. Docket No. 00-2931 (FSH)

Appearances:   Jack Blumenfeld, Esq. for Pfizer and Warner-Lambert Co., LLC
Karen Jacobs-Lauden for Pfizer and Warner-Lambert Co., LLC.
Benjamin Schladweiter for Pfizer and Warner-Lambert Co., LLC.
Francis Morrison, Esq. for Defendants Purepac and Actavis
Mark C. Hansen, for Defendant Teva
Elizabeth Holland, Esq. for Defendants Ivax
Robert Cerwinski, Esq. for Defendants Ivax
J.C. Rozendaal, Esq. for Defendant Teva
Jeremy Lowe, Esq. for Defendant Purepac and Actavis

**NATURE OF PROCEEDINGS:**     Jury Trial

Trial with jury resumed at 9:30a.m.

Parties advised the Court of settlement as to all Defendants.

Order to be entered.

Jury excused at 9:50a.m.

Time Commenced:  9:30a.m.                Time adjourned: 9:50a.m.

cc: chambers                                                    Julianne Buro
                                                                Deputy Clerk