CLOSED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE GABAPENTIN PATENT LITIGATION | MDL Docket No. 1384<br>Master Docket No. 00-cv-2931 (FSH) (PS)<br>Civil Action Nos.. 00-cv-3522 (FSH), 00-cv-4168, (FSH), 00- cv-4589 (FSH), 00-cv-6073, (FSH), 01-cv-0193, (FSH), 01-cv-1537 (FSH), 01-CV-2194 (FSH) |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and among Pfizer Inc., Warner-Lambert Co. LLC, Pfizer Pharmaceuticals LLC and Godecke GmbH (collectively and severally, "Plaintiffs") as plaintiffs in Civil Action Nos. 00-CV-2931, 00-CV-3522, 00-CV-4168 (FSH), 00-CV-4589 (FSH), 00-CV-6073 (FSH), 01-CV-0193 (FSH), 01-CV-1537 (FSH) and 01-CV-2194 (FSH), and Teva Pharmaceutical Industries, Ltd., and Teva Pharmaceuticals USA, Inc. (collectively and severally, "Defendants"), as defendants and counterclaimants, by their attorneys, that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs' claims against Defendants and their affiliates of direct, indirect or other infringement are dismissed with prejudice to the extent that they are based on the manufacture, use, offer for sale, import or sale of gabapentin products by Purepac Pharmaceutical Co., Faulding Inc., or Actavis Elizabeth LLC, or any of their affiliates, including but not limited to Plaintiffs' claims of inducement of infringement under 35 U.S.C. § 271(b) and contributory infringement under 35 U.S.C. § 271(c) raised in Count II of Pfizer's First Amended and Supplemental Complaint for Patent Infringement.

2. The parties waive any right of appeal from this Order.

3. Each party shall bear its own costs and fees with respect to the above-referenced claim.

Dated: May 31, 2011

IT IS SO ORDERED ON THIS 31st DAY OF May, 2011

**HONORABLE FAITH S. HOCHBERG**
**UNITED STATES DISTRICT JUDGE**

The undersigned counsel hereby consent to the form and entry of the within Order:

Allyn Z. Lite
(alite@litedepalma.com)
Michael E. Patunas (mpatunas@litedepalma.com)
**LITE DEPALMA GREENBERG, LLC**
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 623-3000

Steven J. Lee
(slee@kenyon.com)
Elizabeth Holland
(eholland@kenyon.com)
Robert V. Cerwinski
(rcerwinski@kenyon.com)
**KENYON & KENYON LLP**
One Broadway
New York, New York 10004
(212) 425-7200

Mark C. Hansen (mhansen@khhte.com)
John C. Rozendaal (jrozendaal@khhte.com)
**KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7900

*Attorneys for Defendants, Teva Pharmaceutical Industries, Ltd., and Teva Pharmaceuticals USA, Inc*

John J. Francis, Jr. (john.francis@dbr.com)
Michael C. Zogby (michael.zogby@dbr.com)
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, New Jersey 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Jack B. Blumenfeld (JBlumenfeld@mnat.com)
Karen Jacobs Louden (KLouden@mnat.com)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street
Post Office Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 425-4681

*Attorneys for Plaintiffs Pfizer, Inc., Warner-Lambert Company, LLC, Gödecke GmbH and Pfizer Pharmaceuticals LLC*