UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY



| | |
|---|---|
| IN RE GABAPENTIN PATENT LITIGATION | MDL Docket No. 1384<br>Master Docket No. 00-cv-2931 (FSH) (PS)<br>Civil Action Nos.. 00-cv-3522 (FSH),<br>00-cv-4168, (FSH), 00- cv-4589 (FSH),<br>00-cv-6073, (FSH), 01-cv-0193, (FSH),<br>01-cv-1537 (FSH) |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and among Pfizer Inc., Warner-Lambert Co. LLC, Pfizer Pharmaceuticals LLC and Godecke GmbH (collectively and severally, "Plaintiffs") as plaintiffs in Civil Action Nos. 00-CV-2931, 00-CV-3522 (FSH), 00-CV-4168 (FSH), 00-CV-4589 (FSH), 00-CV-6073 (FSH), 01-CV-0193 (FSH) and 01-CV-1537 (FSH), and Purepac Pharmaceutical Co., Faulding Inc. and Actavis Elizabeth LLC (collectively and severally, "Purepac/Actavis Defendants"), as defendants and counterclaimants, by their attorneys, that

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims between Plaintiffs and Purepac/Actavis Defendants are dismissed with prejudice;

2. Any Discovery Confidentiality Orders or other forms of protective order entered by the Court herein shall remain in full force and effect notwithstanding the dismissal of this action;

3. The parties waive any right of appeal from this Order;

4. Each party shall bear its own costs and fees in the above-captioned actions.

{00668892.DOC} Settlement Agreement between Pfizer and Actavis

Dated: May 31, 2011

IT IS SO ORDERED ON THIS 31st DAY OF May, 2011

_____
HONORABLE FAITH S. HOCHBERG
UNITED STATES DISTRICT JUDGE

The undersigned counsel hereby consent to the form and entry of the within Order:

*/s/ Jeffrey Soos/*

Arnold B. Calmann (abc@saiber.com)
Jeffrey Soos (js@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102
Telephone: (973) 622-3333
Facsimile: (973) 622-3349

Francis H. Morrison (fhm@avhlaw.com)
Jeremy C. Lowe (jcl@avhlaw.com)
Matthew J. Becker (mjb@avhlaw.com)
Edward M. Mathias (emm@avhlaw.com)
**AXINN, VELTROP & HARKRIDER LLP**
90 State House Square
Hartford, Connecticut 06103
Telephone: (860) 275-8100
Facsimile: (860) 275-8101

*Attorneys for Defendants,*
*Purepac Pharmaceutical Co.,*
*Faulding Inc., and Actavis Elizabeth LLC*

_(signature)_
_____
John J. Francis, Jr. (john.francis@dbr.com)
Michael C. Zogby (michael.zogby@dbr.com)
**DRINKER BIDDLE & REATH LLP**
500 Campus Drive
Florham Park, New Jersey 07932
Telephone: (973) 360-1100
Facsimile: (973) 360-9831

Jack B. Blumenfeld (JBlumenfeld@mnat.com)
Karen Jacobs Louden (KLouden@mnat.com)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 N. Market Street
Post Office Box 1347
Wilmington, Delaware 19899
Telephone: (302) 658-9200
Facsimile: (302) 425-4681

*Attorneys for Plaintiffs Pfizer, Inc.,*
*Warner-Lambert Company, LLC, Gödecke GmbH*
*and Pfizer Pharmaceuticals LLC*